

**SO ORDERED.**
**SIGNED this 20th day of February, 2015**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ John C. Cook
John C. Cook
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

In re:    STEVE DALE BROWN                             Case No. 10-11180
                    Debtor(s)                          Chapter 13

ORDER VACATING
ORDER DIRECTING INTERNAL REVENUE SERVICE
TO TRANSMIT REFUND TO TRUSTEE

      Any and all prior orders issued directing the Internal Revenue Service to transmit and pay to the Standing Chapter 13 Trustee, Kara L. West, tax refunds to which the above referenced debtor(s) may be entitled are hereby vacated.

###

APPROVED FOR ENTRY BY:

/s/ Kara L. West
Kara L. West (TN No. 25744)
Chapter 13 Standing Trustee
PO Box 511
Chattanooga, TN  37401
(423) 265-2261